1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SOPHEAR OM,

11          Petitioner,                    No. 2:10-cv-2859 JAM CKD P

12      vs.

13   G.D. LEWIS,

14          Respondent.               ORDER

15   _____/

16          On August 15, 2012, petitioner filed a motion asking that this court reconsider its

17   July 26, 2012 denial of his petition for writ of habeas corpus.  A district court may reconsider a

18   ruling under either Federal Rule of Civil Procedure 59(e) or 60(b).  See Sch. Dist. Number. 1J,

19   Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993).  "Reconsideration is

20   appropriate if the district court (1) is presented with newly discovered evidence, (2) committed

21   clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in

22   controlling law."  Id. at 1263.

23          Petitioner does not present newly discovered evidence.  Furthermore, the court

24   finds that, after a de novo review of this case, the July 26, 2012 order denying petitioner's

25   application for writ of habeas corpus is neither manifestly unjust nor clearly erroneous.

26   /////

1    Accordingly, IT IS HEREBY ORDERED that petitioner's August 15, 2012

2  motion for reconsideration is denied.

3  DATED: September 11, 2012

4                                              /s/ John A. Mendez

5                                              UNITED STATES DISTRICT COURT JUDGE