IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOPHEAR OM,

    Petitioner,                      No. 2:10-cv-2859 JAM CKD P

    vs.

G.D. LEWIS,

    Respondent.                  ORDER

_____/

        On August 15, 2012, petitioner filed a motion asking that this court reconsider its July 26, 2012 denial of his petition for writ of habeas corpus. A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263.

        Petitioner does not present newly discovered evidence. Furthermore, the court finds that, after a de novo review of this case, the July 26, 2012 order denying petitioner's application for writ of habeas corpus is neither manifestly unjust nor clearly erroneous.

/////

1. Accordingly, IT IS HEREBY ORDERED that petitioner's August 15, 2012 motion for reconsideration is denied.

DATED: September 11, 2012

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE